# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **VALERIE JACKSON** <br>     *Plaintiff*, <br> <br> v. <br> <br> **LUPE VALDEZ, MARIAN BROWN, OFFICER LIZYAMMA SAMUEL, OFFICER SAMUEL JOSEPH, OFFICER BRENDA DEVERS, OFFICER L. PUGH, OFFICER S. LITTLES, OFFICER P. NIXON, UNKNOWN DALLAS COUNTY EMPLOYEES I-XIII, and DALLAS COUNTY, TEXAS,** <br>     *Defendants* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **CIVIL ACTION NO. 3:18-cv-2935** |

## CERTIFICATE OF INTERESTED PERSONS

Plaintiff certifies that all persons, associations of persons, firms, partnerships, guarantors, insurers, affiliates, parent corporations or other legal entities who are corporations which have a financial interest in the outcome of this case are listed below.

1. Valerie Jackson
2. Lupe Valdez
3. Marian Brown
4. Lizyamma Samuel
5. Samuel Joseph
6. Brenda Devers
7. L. Pugh
8. S. Littles
9. P. Nixon
10. Unknown Dallas County Employees I-XIII
11. Dallas County, Texas
12. Scott H. Palmer, P.C.
13. Scott H. Palmer
14. James P. Roberts
15. J.R. Fletcher

                                                Respectfully submitted,

                                                **SCOTT H. PALMER, P.C.**

                                                /s/ Scott H. Palmer
                                                SCOTT H. PALMER

State Bar No. 00797196
JAMES P. ROBERTS
State Bar No. 24105721
J.R. FLETCHER
State Bar No. 24038304

15455 Dallas Parkway, Suite 540
Addison, Texas 75001
Telephone:   214.987.4100
Facsimile:    214.922.9900
Scott@scottpalmerlaw.com
james@scottpalmerlaw.com
jr@scottpalmerlaw.com

ATTORNEYS FOR PLAINTIFF