# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Valerie Jackson
Plaintiff

v.

3:18-cv-02935-S
Civil Action No.

Lupe Valdez, et al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendants Dallas County, Texas, Lupe Valdez, Marian Brown, Lizyamma Samuel, Samuel Joseph, Brenda Devers, Lola Pugh, Selma Littles, and Pamela Nixon

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Valerie Jackson, Dallas County, Texas, Lupe Valdez, Marian Brown, Lizyamma Samuel, Samuel Joseph, Brenda Devers, Lola Pugh, Selma Littles, Pamela Nixon, Unknown Dallas County Employees I-XIII, Dallas County Hospital District d/b/a Parkland Health & Hospital System

| | |
|---|---|
| Date: | January 29, 2019 |
| Signature: | /s/ Tammy Ardolf |
| Print Name: | Tammy Ardolf |
| Bar Number: | TX 90001536 |
| Address: | 133 N. Riverfront Blvd. L.B. 19 |
| City, State, Zip: | Dallas, TX 75207-4399 |
| Telephone: | (214) 653-3692 |
| Fax: | (214) 653-2899 |
| E-Mail: | Tammy.Ardolf@dallascounty.org |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons