IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VALERIE JACKSON | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.3:18-cv-2935-S |
| | § | |
| LUPE VALDEZ, et al., | § | |
| *Defendants* | § | |

### ORDER ON JOINT MOTION FOR EXTENSION OF TIME

This matter came on for consideration before the Court on the parties' Joint Motion for Extension of Time ("the Motion") (Doc. 14).

After careful consideration of the Motion and noting that the Motion is not opposed, the Court finds that the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that Defendants Dallas County, Texas, Lupe Valdez, Marian Brown, Officer L. Samuel, Officer S. Joseph, Officer Brenda Devers, Officer L. Pugh, Officer S. Littles, and Officer P. Nixon ("Dallas County Defendants") are excused from filing an answer or responsive pleading to Plaintiff's Complaint (Doc. 1). It is FURTHER ORDERED that Dallas County Defendants must file an original answer or other responsive pleading on or before the 21st day after Plaintiff files her Amended Complaint.

**SO ORDERED.**

Signed this 31 day of January 2019.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE

*Order on Motion to Extend*