IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VALERIE JACKSON, | § | |
|     Plaintiff, | § | |
| | § | CIVIL ACTION |
| v. | § | NO. 3:18-CV-2935-S |
| | § | |
| LUPE VALDEZ, et al., | § | |
|     Defendants. | § | |

## ORDER ON MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

This matter came on for consideration before the Court on the Defendants' Unopposed Motion to Withdraw and Substitute Counsel, ("the Motion"), in the above entitled and numbered suit.

After careful consideration of the Motion, and noting the motion is unopposed, the Court finds that the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that Tammy J. Ardolf, Assistant District Attorney, is hereby allowed to withdraw as counsel for Defendants Lupe Valdez, Marian Brown, Lizyamma Samuel, Samuel Joseph, Brenda Devers, Lola Pugh, Selma Littles, Pamela Nixon, and Dallas County, Texas. John Butrus, Assistant District Attorney, Texas Bar No. 03537330, shall be substituted as lead counsel for the said Defendants.

**SO ORDERED.**

SIGNED May 23, 2019

                                                                      **KAREN GREN SCHOLER**
                                                                      **UNITED STATES DISTRICT JUDGE**

*Order on Motion to Withdraw*