## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **VALERIE JACKSON** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:18-cv-2935** |
| | § | |
| **LUPE VALDEZ, MARIAN BROWN,** | § | |
| **SAMUEL JOSEPH, LIZYAMMA** | § | |
| **SAMUEL, UNKNOWN DALLAS** | § | |
| **COUNTY EMPLOYEE III, and** | § | |
| **DALLAS COUNTY, TEXAS,** | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF'S RESPONSE TO MOTION TO DISMISS
## FILED BY DEFENDANT DALLAS COUNTY

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff files this Response to the Motion to Dismiss filed by Defendant Dallas County, Texas. A brief that sets forth the arguments and authorities on which Plaintiff relies in support of this Response is filed separately pursuant to Local Rule 7.1(d).

1.      This case arises from an unlawful search of Plaintiff and the mistreatment she received while a detainee in the custody of the Dallas County Sheriff at a detention facility, which occurred on three separate occasions on November 4, 2016, April 19, 2017, and June 15, 2018, wherein Plaintiff, who is a transgender individual legally identified as female, was strip searched in violation of federal law, placed with the male detainee population at the detention facility, forced to shower with male detainees, and exposed to sexual abuse. Plaintiff presents Monell claims and claims under 42 U.S.C. 1983 against Defendants for violation of her civil rights protected under the Fourth and Fourteenth Amendments against Defendants.

2.      Plaintiff's Complaint sufficiently pleads causes of action against Defendant

Dallas County, Texas[1] for the reasons set forth in the Brief in Support of this Response, and Defendant's motion to dismiss should be denied for this reason. To the extent the Court finds any deficiency in Plaintiff's Complaint, it is requested that Plaintiff be granted leave to amend to cure any deficiency.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Valerie Jackson prays the Court deny Defendant's Motion to Dismiss. Plaintiff further prays for any such other and further relief to which she may be justly entitled.

Respectfully submitted,

**SCOTT H. PALMER, P.C.**

*/s/Scott H. Palmer*
SCOTT H. PALMER
State Bar No. 00797196
JAMES P. ROBERTS
State Bar No. 24105721
15455 Dallas Parkway, Suite 540
Addison, Texas 75001
Telephone:  214.987.4100
Facsimile:  214.922.9900
scott@scottpalmerlaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was forwarded to all counsel of record, in a manner authorized by Rule 5, of the Federal Rules of Civil Procedure, on August 12, 2019.

*/s/Scott H. Palmer*
SCOTT H. PALMER

---

[1] Plaintiff is no longer pursuing claims against Brenda Devers, Lola Pugh, Selma Littles, Pamela Nixon, or Unknown Dallas County Employees I-II, IV-XIII.