# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| VALERIE JACKSON | § § | |
| v. | § § | CIVIL ACTION NO. 3:18-CV-2935-S |
| LUPE VALDEZ, MARIAN BROWN, SAMUEL JOSEPH, LIZYAMMA SAMUEL, UNKNOWN DALLAS COUNTY EMPLOYEE III, AND DALLAS COUNTY, TEXAS | § § § § § § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** this case to mediation before:

Courtenay L. Bass
Gilbert Mediation Group
12001 N. Central Expressway
Suite 650
Dallas, Texas 75243
(214) 303-4574
debbie@gmgtexas.com

Mediation shall be in person and completed **90 days before trial**.

The Mediator shall be responsible for communicating with counsel to coordinate a date for the mediation. Upon completion of the mediation, the Mediator shall submit a report to the Court within five days.

**SO ORDERED.**

SIGNED August 23, 2019.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE