# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **VALERIE JACKSON** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:18-cv-2935 |
| | § | |
| **LUPE VALDEZ, MARIAN BROWN, SAMUEL JOSEPH, LIZYAMMA SAMUEL, UNKNOWN DALLAS COUNTY EMPLOYEE III, and DALLAS COUNTY, TEXAS,** | § § § § § § | |
| *Defendants*. | § | |

## ORDER OF RECUSAL

Having considered the Motion to Recuse filed by Plaintiff Valerie Jackson, this Court is of the opinion that such Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion to Recuse filed by Plaintiff Valerie Jackson be and hereby is GRANTED.

SO ORDERED.

_____