IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 19-11328
_____

In re: VALERIE JACKSON,

    Petitioner

_____

Petition for a Writ of Mandamus
to the United States District Court for the
Northern District of Texas

_____

Before DENNIS, ELROD, and DUNCAN, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the petition for writ of mandamus is DENIED.

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 19, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 19-11328   In re: Valerie Jackson
                        USDC No. 3:18-CV-2935

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Melissa V. Mattingly, Deputy Clerk
                              504-310-7719

Mr. Sean R. Cox
Ms. Karen S. Mitchell