UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VALERIE JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:18-CV-02935-X |
| | § | |
| LUPE VALDEZ, MARIAN BROWN, | § | |
| SAMUEL JOSEPH, LIZYAMMA | § | |
| SAMUEL, UNKNOWN DALLAS | § | |
| EMPLOYEE III, and DALLAS | § | |
| COUNTY, TEXAS, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF REFERENCE

This case is now referred to United States Magistrate Judge Irma C. Ramirez for pretrial management, under 28 U.S.C. § 636(b).  A district judge may designate a magistrate judge to hear and determine a non-dispositive motion without obtaining consent from the parties.[1]  A district judge may also designate a magistrate judge to make findings of fact and recommendations on dispositive motions.[2]  All non-dispositive motions are referred, and prospectively referred, to the Magistrate Judge for determination.  All dispositive motions are referred, and prospectively referred,

---

[1] See 28 U.S.C. § 636(b)(1)(A) (providing that for other than the listed exceptions, "a judge may designate a magistrate judge to hear and determine any pretrial matter pending before the court"); see, e.g., Tucker v. U.S. Dep't of Army, 1995 WL 337670, at *2 (5th Cir. 1995) (noting that it was "not error" for the district court, without the parties' consent, to refer pretrial, non-dispositive motions to a magistrate judge for final determination).

[2] See 28 U.S.C. § 636(b)(1)(B) (providing that "a judge may also designate a magistrate judge to conduct hearings . . . and to submit to a judge of the court proposed findings of fact and recommendations for the disposition, by a judge of the court, of any motion excepted in subparagraph (A)").

to the Magistrate Judge for report and recommendation. All other pretrial matters, including scheduling and possible alternative dispute resolution, are referred to the Magistrate Judge for appropriate action consistent with applicable law.

II.

Any questions concerning this Order or any matter related to this case should be directed to Marie Castañeda, Courtroom Deputy to Magistrate Judge Ramirez at (214) 753-2167.

**IT IS SO ORDERED** this 8th day of January 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

2