UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VALERIE JACKSON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:18-CV-02935-X-BH |
| | § | |
| LUPE VALDEZ, MARIAN BROWN, | § | |
| SAMUEL JOSEPH, LIZYAMMA | § | |
| SAMUEL, UNKNOWN DALLAS | § | |
| EMPLOYEE III, and DALLAS | § | |
| COUNTY, TEXAS, | § | |
| | § | Referred to U.S. Magistrate Judge |
| *Defendants*. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the *Findings, Conclusions, and Recommendation* [Doc. No. 45] of the United States Magistrate Judge and plaintiff Valerie Jackson's *Objection* [Doc. No. 47], in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The Court **GRANTS** the *Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6) and Brief in Support of Defendants*, filed July 22, 2019 [Doc. No. 23]. By separate judgment, the Court will **DISMISS WITH PREJUDICE** Jackson's claims against defendants Dallas County, Texas, and Sheriffs Lupe Valdez and Marian Brown in their official capacities.

1

**IT IS SO ORDERED** this 23rd day of March 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE