UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VALERIE JACKSON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:18-CV-02935-X-BH |
| | § | |
| LUPE VALDEZ, MARIAN BROWN, | § | |
| SAMUEL JOSEPH, LIZYAMMA | § | |
| SAMUEL, UNKNOWN DALLAS | § | |
| EMPLOYEE III, and DALLAS | § | |
| COUNTY, TEXAS, | § | |
| | § | Referred to U.S. Magistrate Judge |
| *Defendants.* | § | |

## PARTIAL JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, the Court **ORDERS**, **ADJUDGES**, and **DECREES** that:

1. All of plaintiff Valerie Jackson's claims against defendants Dallas County, Texas, and Sheriffs Lupe Valdez and Marian Brown in their official capacities, are **DISMISSED WITH PREJUDICE** for failure to state a claim.

2. The taxable costs of court for Dallas County, Texas, as calculated by the Clerk of the Court, are assessed against Jackson.

3. Under Federal Rule of Civil Procedure 54(b), the Court expressly determines that there is not just reason for delay and directs the Clerk of the Court to enter this as a final judgment for Dallas County, Texas.

1

4. The Clerk shall transmit a true copy of this Judgment and the *Order Accepting the Findings and Recommendation of the United States Magistrate Judge* to all parties.

**IT IS SO ORDERED** this 23rd day of March 2020.

_____

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE