# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **VALERIE JACKSON** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:18-cv-2935 |
| | § | |
| **LUPE VALDEZ, MARIAN BROWN,** | § | |
| **SAMUEL JOSEPH, LIZYAMMA** | § | |
| **SAMUEL, UNKNOWN DALLAS** | § | |
| **COUNTY EMPLOYEE III, and** | § | |
| **DALLAS COUNTY, TEXAS,** | § | |
| | § | |
| *Defendants*. | § | |

## NOTICE OF APPEAL

COMES NOW, VALERIE JACKSON, Plaintiff, and pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(A), gives this notice of appeal to the United States Court of Appeals for the Fifth Circuit from the Order Accepting Findings and Recommendation of the United States Magistrate Judge entered in this action on March 23, 2020 [ECF No. 48], Partial Final Judgment entered in this action on March 23, 2020 [ECF No. 49], and the Memorandum Opinion and Order entered in this action on November 22, 2019 [ECF No. 41].

Respectfully submitted,

*/s/ Sean R. Cox*
Sean R. Cox
Texas Bar No. 24031980

LAW OFFICES OF SEAN R. COX
P.O. Box 130864
Dallas, TX 75313
Telephone: (214) 500-9280
Facsimile: (844) 501-8688
scox@coxappellate.com

/s/ *Scott H. Palmer*
SCOTT H. PALMER
Texas Bar No. 00797196
JAMES P. ROBERTS
Texas Bar No. 24105721
Colorado Bar No. 46582

SCOTT H. PALMER, P.C.
15455 Dallas Parkway,
Suite 540, LB 32
Dallas, Texas 75001
Tel: (214) 987-4100
Fax: (214) 922-9900
scott@scottpalmerlaw.com
james@scottpalmerlaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on March 23, 2020, this document was filed and served through the ECF system on all counsel of record.

/s/ *Sean R. Cox*
Sean R. Cox