IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VALERIE JACKSON,<br>　　　　Plaintiff, | § § § | |
| v. | § | Civil Action No. 3:18-CV-2935-X-BH |
| | § | |
| LUPE VALDEZ, MARIAN BROWN,<br>SAMUEL JOSEPH, LIZYAMMA<br>SAMUEL, UNKNOWN DALLAS<br>EMPLOYEE III, and DALLAS<br>COUNTY, TEXAS,<br>　　　　Defendants. | § § § § § § § | Referred to U.S. Magistrate Judge[1] |

**ORDER**

Before the Court is *Plaintiff's Motion for Stay Pending Determination of Appeal*, filed March 25, 2020 (doc. 52).

Respondent may file a response *and brief containing citations to relevant authorities*[2] no later than **Wednesday, April 15, 2020**. Movant may file a reply no later than **Wednesday, April 29, 2020**.

At this time, no hearing will be scheduled on this matter.

**SO ORDERED** on this 26th day of March, 2020.

*[signature]*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] By *Standing Order of Reference* filed January 8, 2020 (doc. 43), this case was referred for full case management.

[2] Local Rule 7.1 of the Local Civil Rules for the Northern District of Texas requires the filing of briefs in support of most motions. Pursuant to subsection (d), briefs shall contain a "party's contentions of fact and/or law, and arguments and ***authorities***." (emphasis added). Briefs containing authorities greatly assist the Court in making rulings more expeditiously.