IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VALERIE JACKSON,<br>　　　　Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:18-CV-2935-X-BH |
| LUPE VALDEZ, MARIAN BROWN,<br>SAMUEL JOSEPH, LIZYAMMA<br>SAMUEL, UNKNOWN DALLAS<br>EMPLOYEE III, and DALLAS<br>COUNTY, TEXAS,<br>　　　　Defendants. | § § § § § § § | Referred to U.S. Magistrate Judge[1] |

## ORDER

Before the Court is the plaintiff's *Motion for Leave to Conduct Limited Discovery Regarding Qualified Immunity*, filed May 8, 2020 (doc. 60). The motion does not contain a certificate of conference as required by Local Civil Rule 7.1(b). The plaintiff must file a certificate of conference no later than **5:00 p.m. on Friday, May 15, 2020.**

If the motion is opposed, the defendants may file a response *and brief containing citations to relevant authorities*[2] no later than **Friday, May 22, 2020**. The plaintiff may not file a reply.

At this time, no hearing will be scheduled on this matter.

**SO ORDERED** on this 11th day of May, 2020.

*[signature]*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] By *Standing Order of Reference* filed January 8, 2020 (doc. 43), this case was referred for full case management.

[2] Local Rule 7.1 of the Local Civil Rules for the Northern District of Texas requires the filing of briefs in support of most motions. Pursuant to subsection (d), briefs shall contain a "party's contentions of fact and/or law, and arguments and ***authorities***." (emphasis added). Briefs containing authorities greatly assist the Court in making rulings more expeditiously.