IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VALERIE JACKSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:18-cv-2935 |
| § | |
| LUPE VALDEZ, MARIAN BROWN, § | |
| SAMUEL JOSEPH, LIZYAMMA § | |
| SAMUEL, UNKNOWN DALLAS § | |
| COUNTY EMPLOYEE III, and § | |
| DALLAS COUNTY, TEXAS, § | |
| § | |
| Defendants. § | |

**CERTIFICATE OF CONFERENCE REGARDING**
**MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY**

On May 11, 2020 counsel for Plaintiff conferred with counsel for Defendants as to whether Defendants were opposed or unopposed to Plaintiff's Motion for Leave to Conduct Limited Discovery. Defendants counsel has stated that Defendants are opposed to the Motion for Leave to Conduct Limited Discovery.

Respectfully submitted,

*/s/ Sean R. Cox*
SEAN R. COX
Texas Bar No. 24031980
LAW OFFICES OF SEAN R. COX
P.O. Box 130864
Dallas, TX 75313
Telephone: (214) 500-9280
Facsimile: (844) 501-8688
scox@coxappellate.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I certify that on May 11, 2020, this document was filed and served through the ECF system on all counsel of record.

                                      */s/Sean R. Cox*
                                      Sean R. Cox