IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VALERIE JACKSON | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:18-cv-2935 |
| | § | |
| LUPE VALDEZ, MARIAN BROWN, | § | |
| SAMUEL JOSEPH, LIZYAMMA | § | |
| SAMUEL, UNKNOWN DALLAS | § | |
| COUNTY EMPLOYEE III, and | § | |
| DALLAS COUNTY, TEXAS, | § | |
| | § | |
| *Defendants*. | § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES Plaintiff, Valerie Jackson, ("Plaintiff"), and files her Unopposed Motion for Extension of Time, and would respectfully show the Court as follows:

## BACKGROUND

1. This suit was filed on November 2, 2018. (Doc. 1)

2. Defendants Dallas County, Texas, Lupe Valdez, Marian Brown, Samuel Joseph and Lizyamma Samuel filed a motion for summary judgment on April 23, 2020. (Doc. 57)

3. Discovery has been stayed by this Court. (Doc. 51)

4. Plaintiff has filed a motion for leave to conduct limited discovery. (Doc. 60)

5. The deadline for Plaintiff to respond to Defendant's motion for summary judgment is May 23, 2020. (Doc. 51)

6. The deadline for Defendants to file a response to the motion for leave to conduct limited discovery in order to respond to the motion for summary judgment is May 22, 2020. (Doc. 61)

7. Plaintiff seeks an extension of time to file her response to the motion for summary judgment until at least two weeks after this Court has ruled on the motion to conduct limited discovery, should this court deny all discovery, or three weeks after Defendants provide responses to any discovery requests allowed by this Court.

## II. MOTION AND REQUEST FOR RELIEF

8. Plaintiff requests additional time to respond to Defendants' motion for summary judgment by extending the response deadline by at least two weeks after this Court has ruled on the motion to conduct limited discovery, should this court deny all discovery, or three weeks after Defendants provide responses to any discovery requests allowed by this Court.

9. Good cause exists for the requested extension due to the fact all discovery has been stayed and Plaintiffs need to conduct discovery in order to respond to Defendants' motion for summary judgment. In order to review any allowed discovery and properly respond to Defendants' motion for summary judgment, Plaintiff needs additional time to respond to the motion for summary judgment.

10. Defendants are unopposed to Plaintiff's extension request.

11. Such extensions of time will not affect the trial date, as no trial date has been set.

12. This request is not being sought for the purpose of delay, but only so that justice may be served.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiff respectfully asks that the Court enter an order extending the deadline for Plaintiff to respond to Defendants' motion for summary judgment to at least two weeks after this Court has ruled on the motion to conduct limited discovery, should this court deny all discovery, or three weeks after Defendants provide responses to any discovery requests allowed by this Court.

Respectfully submitted,

**SCOTT H. PALMER, P.C.**

/s/ *Sean R. Cox*
SCOTT H. PALMER
State Bar No. 00797196
JAMES P. ROBERTS
State Bar No. 24105721
15455 Dallas Parkway, Suite 540
Addison, Texas 75001
Telephone:     214.987.4100
Facsimile:      214.922.9900
scott@scottpalmerlaw.com

Sean R. Cox
State Bar No. 24031980
LAW OFFICES OF SEAN R. COX
P.O. Box 130864
Dallas, TX 75313
Telephone:     214.500.9280
Facsimile:      844.501.8688
scox@coxappellate.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

On May 11, 2020 counsel for Plaintiff conferred with counsel for Defendants as to whether Defendants were opposed or unopposed to Plaintiff's Motion for Extension. Defendants' counsel has stated that Defendants are unopposed to the Motion for Extension.

/s/ *Sean R. Cox*
Sean R. Cox

## CERTIFICATE OF SERVICE

I certify that on May 11, 2020, this document was filed and served through the ECF system on all counsel of record.

*/s/Sean R. Cox*
Sean R. Cox