IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VALERIE JACKSON,<br>　　　　Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:18-CV-2935-X-BH |
| LUPE VALDEZ, MARIAN BROWN, SAMUEL JOSEPH, LIZYAMMA SAMUEL, UNKNOWN DALLAS EMPLOYEE III, and DALLAS COUNTY, TEXAS,<br>　　　　Defendants. | § § § § § § § | Referred to U.S. Magistrate Judge[1] |

**ORDER**

Before the Court is the plaintiff's *Unopposed Motion for Extension of Time*, filed May 11, 2020 (doc. 63). The plaintiff seeks an extension of the deadline to respond to the defendants' motion for summary judgment on the issue of qualified immunity. By scheduling order dated March 24, 2020, the Court set a deadline of May 23, 2020 to respond to the summary judgment motion "[i]f the plaintiff does *not* file a motion for leave to conduct discovery by" May 8, 2020. (*See* doc. 51 at 2 (*emphasis added*).) Because the plaintiff timely filed a motion for leave to conduct discovery, no deadline for response has yet been set. Once the motion has been determined, a deadline for response will be set by separate order. Accordingly, the plaintiff's motion is **DENIED as moot**.

**SO ORDERED** on this 11th day of May, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Irma Carrillo Ramirez_
　　　　　　　　　　　　　　　　　　　　　　　　　IRMA CARRILLO RAMIREZ
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] By *Standing Order of Reference* filed January 8, 2020 (doc. 43), this case was referred for full case management.